# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| HOVENSA, LLC, | ) |
|          Petitioner, | ) CIVIL NO. 2015-26-CVG-RM |
| v. | ) |
| VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, | ) |
|          Respondent. | ) |

## NOTICE OF NEGOTIATED ENLARGEMENT OF TIME

Respondent Virgin Islands Bureau of Internal Revenue ("VIBIR"), by and through undersigned counsel, pursuant to Local Rule 12.1(c)(1), hereby provides notice that it has obtained from Petitioner's counsel a courtesy enlargement of time until Monday, May 4, 2015, within which to answer or otherwise respond to Petitioner's Petition.

This notice is made without prejudice to VIBIR raising any defenses available to it or seeking further extensions of time.

                                                  RESPECTFULLY SUBMITTED

Dated: April 20, 2015                     BY:__/S/ Terri Griffiths_____
                                                      TERRI GRIFFITHS
                                                      ACTING ATTORNEY GENERAL
                                                      V.I. Department of Justice
                                                      Office of the Attorney General
                                                      34-38 Kronprindsens Gade
                                                      GERS Building, 2nd Floor
                                                      St. Thomas, U.S.V.I. 00802
                                                      Tel: (340) 774-5666
                                                      TGriffiths@DOJ.VI.GOV

## CERTIFICATE OF SERVICE

The foregoing was served on the following by virtue of NEF using the Court's ECF system.

Chad Messier, Esq.
Dudley, Topper, and Feuerzeig, LLP
Law House, 1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804
Email: CMessier@dtflaw.com
ATTORNEYS FOR PETITIONER HOVENSA, LLC

By:_____/s Terri Griffiths_____